IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| TIMOTHY L. ALONSO, | ) | 18-03137 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on October 22, 2018, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                         BY:/s/ Gina B. Krol
                                                     Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-03137<br>Northern District of Illinois<br>Chicago<br>Mon Oct 22 13:54:10 CDT 2018 | Cohen & Krol<br>105 W. Madison Street<br>Suite 105<br>Chicago, IL 60602-4600 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Account Resolution Servi<br>1643 N Harrison Pkwy<br>Bldg H Suite 100<br>Sunrise, FL 33323-2857 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cavalry Portfolio Services LLC<br>500 Summit Lake Dr<br>Suite 4A<br>Valhalla, NY 10595-2323 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Charter One Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3035 | Credit Collection Services<br>PO Box 607<br>Norwood, MA 02062-0607 | Credit Management Cntrl<br>1263 Main St, Suite 212<br>Baileys Harbor, WI 54202 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | GEMB/Walmart<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Medical Business Bureau<br>PO Box 1219<br>Park Ridge, IL 60068-7219 | Merchants' Credit Guide Co.<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606-6914 | Midland Funding LLC<br>2365 Northside Dr, Suite 300<br>Suite 200<br>San Diego, CA 92108-2709 |
| Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Northwest Collectors<br>3601 Algonquin Rd<br>Ste 232<br>Rolling Meadows, IL 60008-3143 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Shindler & Joyce<br>1990 E Algonquin Rd<br>Suite 180<br>Schaumburg, IL 60173-4164 | Syncb/Meijer<br>PO Box 965005<br>Orlando, FL 32896-5005 | Syncb/Sams Club Dual Card<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/TJX CO PLCC<br>PO Box 965005<br>Orlando, FL 32896-5005 | Syncb/Wal-Mart<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Daniel L Giudice<br> Giudice Law, Ltd.<br>201 North Church Road<br>Bensenville, IL 60106-4310 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Timothy L Alonso
367 Windsong Circle
Glendale Heights, IL 60139-4501

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Svc LLC
PO Box 15316
Wilmington, DE 19850-5316

Portfolio Recovery
120 Corporate Blvd
Ste 100
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE, NA (MENARDS)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to GE CAPITAL RETAIL BANK
(MEIJER)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to U.S. BANK
NATIONAL ASSOCIATION
(HARLEY DAVIDSON)
POB 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
ALONSO, TIMOTHY L § Case No. 18-03137 JSB
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         JEFFREY P. ALLSTEADT
         219 S. Dearborn Street
         Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 11/09/2018 in Courtroom 240,
         Kane County Courthouse
         100 S. Third Street
         Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/26/2018         By: Gina B. Krol
                                                     Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
ALONSO, TIMOTHY L § Case No. 18-03137 JSB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 19,940.84 |
| and approved disbursements of | $ | 110.71 |
| leaving a balance on hand of[1] | $ | 19,830.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,756.38 | $ 0.00 | $ 2,756.38 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,006.38 |
| Remaining Balance | | $ | 13,823.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,000.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ 4,081.25 | $ 0.00 | $ 1,312.04 |
| 000002 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 11,707.50 | $ 0.00 | $ 3,763.72 |
| 000003 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 2,626.37 | $ 0.00 | $ 844.32 |
| 000004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 2,956.47 | $ 0.00 | $ 950.44 |
| 000005 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ 10,175.15 | $ 0.00 | $ 3,271.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 232.46 | $ 0.00 | $ 74.73 |
| 000007 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL ASSOCIATION (HARLEY DAVIDSON)<br>POB 41067<br>Norfolk, VA 23541 | $ 8,613.64 | $ 0.00 | $ 2,769.11 |
| 000008 | Portfolio Recovery Associates, LLC<br>Successor to GE CAPITAL RETAIL BANK (MEIJER)<br>POB 41067<br>Norfolk, VA 23541 | $ 1,889.98 | $ 0.00 | $ 607.59 |
| 000009 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NA (MENARDS)<br>POB 41067<br>Norfolk, VA 23541 | $ 717.64 | $ 0.00 | $ 230.70 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,823.75 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                  Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.