# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § § | |
| ALONSO, TIMOTHY L | § § | Case No. 18-03137 JSB |
| Debtor | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 300.00
*(Without deducting any secured claims)*

Assets Exempt: 5,970.00

Total Distributions to Claimants: 13,823.75

Claims Discharged
Without Payment: 118,095.86

Total Expenses of Administration: 6,117.09

---

3) Total gross receipts of $ 19,940.84  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 19,940.84  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,104.79 | 6,117.09 | 6,117.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,919.15 | 43,000.46 | 43,000.46 | 13,823.75 |
| **TOTAL DISBURSEMENTS** | $ 88,919.15 | $ 49,105.25 | $ 49,117.55 | $ 19,940.84 |

   4)  This case was originally filed under chapter 7 on  02/05/2018 .  The case was pending for 14 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  04/04/2019          By: /s/GINA B. KROL
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Account | 1129-000 | 19,940.84 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,940.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 2,744.08 | 2,756.38 | 2,756.38 |
| ASSOCIATED BANK | 2600-000 | NA | 110.71 | 110.71 | 110.71 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 2,166.66 | 2,166.66 | 2,166.66 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 1,083.34 | 1,083.34 | 1,083.34 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,104.79 | $ 6,117.09 | $ 6,117.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Account Resolution Servi 1643 N Harrison Pkwy Bldg H Suite 100 Sunrise, FL 33323 | | 913.00 | NA | NA | 0.00 |
| | Cavalry Portfolio Services LLC 500 Summit Lake Dr Suite 4A Valhalla, NY 10595 | | 4,081.00 | NA | NA | 0.00 |
| | Cavalry Portfolio Services LLC 500 Summit Lake Dr Suite 4A Valhalla, NY 10595 | | 10,059.00 | NA | NA | 0.00 |
| | Cavalry Portfolio Services LLC 500 Summit Lake Dr Suite 4A Valhalla, NY 10595 | | 9,101.15 | NA | NA | 0.00 |

Case 18-03137    Doc 49    Filed 05/15/19    Entered 05/15/19 14:03:19    Desc Main
Document      Page 6 of 14

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Bank<br>1 Citizens Dr Riverside, RI 02915 | | 0.00 | NA | NA | 0.00 |
| | Credit Collection Services<br>PO Box 607 Norwood, MA 02062 | | 194.00 | NA | NA | 0.00 |
| | Credit Management Cntrl<br>1263 Main St, Suite 212<br>Baileys Harbor, WI 54202 | | 189.00 | NA | NA | 0.00 |
| | Discover Financial Svc LLC<br>PO Box 15316 Wilmington, DE 19850-5316 | | 11,707.00 | NA | NA | 0.00 |
| | GEMB/Walmart<br>PO Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Medical Business Bureau<br>PO Box 1219 Park Ridge, IL 60068-7219 | | 897.00 | NA | NA | 0.00 |
| | Merchants' Credit Guide Co.<br>223 W Jackson Blvd Ste 700<br>Chicago, IL 60606 | | 21,009.00 | NA | NA | 0.00 |
| | Merchants' Credit Guide Co.<br>223 W Jackson Blvd Ste 700<br>Chicago, IL 60606 | | 284.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding LLC 2365 Northside Dr, Suite 300 Suite 200 San Diego, CA 92108 | | 5,851.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 232 Rolling Meadows, IL 60008 | | 702.00 | NA | NA | 0.00 |
| | Portfolio Recovery 120 Corporate Blvd Ste 100 Norfolk, VA 23502 | | 8,614.00 | NA | NA | 0.00 |
| | Portfolio Recovery 120 Corporate Blvd Ste 100 Norfolk, VA 23502 | | 718.00 | NA | NA | 0.00 |
| | Portfolio Recovery 120 Corporate Blvd Ste 100 Norfolk, VA 23502 | | 1,890.00 | NA | NA | 0.00 |
| | Syncb/Meijer PO Box 965005 Orlando, FL 32896 | | 1,485.00 | NA | NA | 0.00 |
| | Syncb/Sams Club Dual Card PO Box 965005 Orlando, FL 32896 | | 5,433.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/TJX CO PLCC PO Box 965005 Orlando, FL 32896 | | 232.00 | NA | NA | 0.00 |
| | Syncb/Wal-Mart PO Box 965005 Orlando, FL 32896 | | 3,787.00 | NA | NA | 0.00 |
| | The Home Depot/CBNA PO Box 6497 Sioux Falls, SD 57117 | | 1,773.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS NATIONAL BANK | 7100-900 | NA | 2,626.37 | 2,626.37 | 844.32 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 2,956.47 | 2,956.47 | 950.44 |
| 000001 | CAVALRY SPV I, LLC | 7100-900 | NA | 4,081.25 | 4,081.25 | 1,312.04 |
| 000005 | CAVALRY SPV I, LLC | 7100-900 | NA | 10,175.15 | 10,175.15 | 3,271.10 |
| 000002 | DISCOVER BANK | 7100-900 | NA | 11,707.50 | 11,707.50 | 3,763.72 |
| 000006 | MIDLAND FUNDING, LLC | 7100-900 | NA | 232.46 | 232.46 | 74.73 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 8,613.64 | 8,613.64 | 2,769.11 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 1,889.98 | 1,889.98 | 607.59 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 717.64 | 717.64 | 230.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 88,919.15 | $ 43,000.46 | $ 43,000.46 | $ 13,823.75 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 18-03137 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ALONSO, TIMOTHY L | | | Date Filed (f) or Converted (c): | 02/05/18 (f) |
| | | | | 341(a) Meeting Date: | 03/06/18 |
| For Period Ending: | 04/04/19 | | | Claims Bar Date: | 08/08/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2006 H3 Hummer | 5,000.00 | 0.00 | | 0.00 | FA |
| 2. 2006 Saab Aero | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 300.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5. Cash | 70.00 | 0.00 | | 0.00 | FA |
| 6. Chase Account | 190.00 | 19,940.84 | | 19,940.84 | FA |
| 7. US Bank Account | 300.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,460.00 | $19,940.84 | $19,940.84 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST for Review
October 01, 2018, 01:36 pm

Initial Projected Date of Final Report (TFR): 12/31/19      Current Projected Date of Final Report (TFR): 12/31/19


           /s/     GINA B. KROL
_____     Date: 04/04/19
           GINA B. KROL

FORM 2     Page: 1
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 18-03137 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ALONSO, TIMOTHY L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8184 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9943 | | |
| For Period Ending: | 04/04/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/18 | 6 | Chase Bank<br>PO Box 183164<br>Columbus, OH 43218 | Account Balance | 1129-000 | 19,940.84 | | 19,940.84 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.95 | 19,917.89 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.66 | 19,889.23 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.57 | 19,859.66 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.53 | 19,830.13 |
| 10/31/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 19,830.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,940.84 | 19,940.84    0.00 |
| Less: Bank Transfers/CD's | 0.00 | 19,830.13 |
| Subtotal | 19,940.84 | 110.71 |
| Less: Payments to Debtors | | 0.00 |
| Net | 19,940.84 | 110.71 |

Page Subtotals    19,940.84    19,940.84

Ver: 22.01
LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-03137 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ALONSO, TIMOTHY L | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0142 Checking Account |
| Taxpayer ID No: | *******9943 | | | |
| For Period Ending: | 04/04/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 19,830.13 | | 19,830.13 |
| 11/09/18 | 002001 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 2,166.66 | 17,663.47 |
| 11/09/18 | 002002 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 2,744.08 | 14,919.39 |
| 11/09/18 | 002003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 12.30 | 14,907.09 |
| 11/09/18 | 002004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 1,083.34 | 13,823.75 |
| 11/09/18 | 002005 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Final Distribution<br>(1-1) Cavalry SPV I, LLC as<br>assignee of GE Retail Bank/Walmart Credit Card | 7100-900 | | 1,312.04 | 12,511.71 |
| 11/09/18 | 002006 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 3,763.72 | 8,747.99 |
| 11/09/18 | 002007 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 844.32 | 7,903.67 |
| 11/09/18 | 002008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 950.44 | 6,953.23 |
| 11/09/18 | 002009 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400 | Final Distribution<br>(5-1) Cavalry SPV I, LLC as | 7100-900 | | 3,271.10 | 3,682.13 |
| | | | Page Subtotals | | 19,830.13 | 16,148.00 | |

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 18-03137 -JSB |
| Case Name: | ALONSO, TIMOTHY L |
| Taxpayer ID No: | *******9943 |
| For Period Ending: | 04/04/19 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0142 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/18 | 002010 | Valhalla, NY 10595<br>Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | assignee of Citibank, N.A.<br>Final Distribution<br>(6-1) Account Number (last 4 digits):3614 | 7100-900 | | 74.73 | 3,607.40 |
| 11/09/18 | 002011 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK<br>NATIONAL ASSOCIATION<br>(HARLEY DAVIDSON)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 2,769.11 | 838.29 |
| 11/09/18 | 002012 | Portfolio Recovery Associates, LLC<br>Successor to GE CAPITAL RETAIL BANK<br>(MEIJER)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 607.59 | 230.70 |
| 11/09/18 | 002013 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NA (MENARDS)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 230.70 | 0.00 |

Page Subtotals 0.00 3,682.13

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-03137 -JSB | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ALONSO, TIMOTHY L | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0142 Checking Account |
| Taxpayer ID No: | *******9943 | | | |
| For Period Ending: | 04/04/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 19,830.13 | 19,830.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 19,830.13 | 0.00 | |
| | | | Subtotal | | 0.00 | 19,830.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 19,830.13 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8184 | 19,940.84 | 110.71 | 0.00 |
| Checking Account - ********0142 | 0.00 | 19,830.13 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 19,940.84 | 19,940.84 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)